AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Raymond Walker
*Plaintiff*

v.   Civil Action No. Civ 14-217-RAW

Encore Capital Group
*Defendant*

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Encore Capital Group
3111 Camino Del Rio North, Suite 1300
San Diego, CA 92108

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Raymond Walker
450282 E 953 rd
Vian, OK 74962

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

PATRICK KEANEY
*CLERK OF COURT*

Date: JUN - 5 2014

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
, a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify):* Return Reciept/Catified Mail

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 16 June 14

_Raymond Walke_
Server's signature

_____
Printed name and title

_____
Server's address

Additional information regarding attempted service, etc:

**FILED**
JUN 16 2014
PATRICK KEANEY
By_____ Clerk, U.S. District Court
Deputy Clerk

| SENDER: *COMPLETE THIS SECTION* | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature *Khristina Cavil* X ☐ Agent ☐ Addressee<br>B. Received by (Printed Name) Khristina Cavil   Date of Delivery 6-9-14 |
| 1. Article Addressed to:<br><br>Encore Capital Grp<br>3111 Camino Del Rio<br>North, Suite 1300<br>San Diego, CA<br>92108 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No |
| | 3. Service Type<br>☐ Certified Mail  ☐ Express Mail<br>☐ Registered     ☐ Return Receipt for Merchandise<br>☐ Insured Mail   ☐ C.O.D. |
| | 4. Restricted Delivery? (Extra Fee)   ☐ Yes |
| 2. Article Number (Transfer from service label) | 7013 2630 0000 5197 3164 |

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540