AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Raymond Walker
_Plaintiff_

v.   Civil Action No. CIV 14-217-RAW

Tracy Reed
_Defendant_

## SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_   Love, Baal + Nixon, P.C.
Attn: Tracy Reed
6621 N. Meridian Avenue
Oklahoma City, OK 73116

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Raymond Walker
450282 E 953 rd
Vian, OK 74962

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: JUN - 5 2014

_Signature of Clerk or Deputy Clerk_

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify)*: Returned Reciept / Certified Mail

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 16 June 14        *(signed)* Raymond Walker
                                    *Server's signature*

                                    *Printed name and title*

                                    **FILED**

                                    Server's address
                                    JUN 1 6 2014
                                    PATRICK KEANEY
                                    Clerk, U.S. District Court
                                    By _____
                                    Deputy Clerk

Additional information regarding attempted service, etc:

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X *Lonnee Morris* ☐ Agent / ☐ Addressee<br>B. Received by (Printed Name): *Ronnie A. Morrisett*  C. Date of Delivery: 6/7/14<br>D. Is delivery address different from item 1? ☐ Yes  ☐ No<br>If YES, enter delivery address below: |
| 1. Article Addressed to:<br>Love, Beal + Nixon, P.C.<br>ATTN: Tracy Reed<br>6621 N. Meridian Ave<br>Oklahoma City, OK<br>73116 | 3. Service Type<br>☐ Certified Mail  ☐ Express Mail<br>☐ Registered  ☐ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number (Transfer from service label) | 7013 2630 0000 5197 3140 |
| PS Form 3811, February 2004 | Domestic Return Receipt  102595-0... |