UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| RAYMOND WALKER, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | Civil Action No. CIV-14-217-RAW |
| ) | |
| ENCORE CAPITAL GROUP, ET AL., ) | |
| ) | |
| Defendants. ) | |
| ) | |

**DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME**

In accordance with LcVR 7.1(i), Defendants Encore Capital Group, Midland Funding, LLC, Love, Beal and Nixon, P.C.; Jenifer A. Gani; and Tracy Reed request an extension of five (5) days within which to serve an answer or other responsive pleading to the Complaint. In support of this request, Defendants state the following:

1. Without the requested extension, the Defendants' answer or other responsive pleading is due July 14, 2014.

2. Each Defendant has previously sought and been granted a motion for extension of time.

3. The extension is requested as counsel for Defendants is still gathering information necessary to respond to the Complaint.

4. Plaintiff is *pro se*. Counsel for Defendants contacted Plaintiff by telephone, and Plaintiff has no objection to the requested extension.

5. There are no scheduled trial or other deadlines, and therefore the granting of this Motion will not have any impact on other deadlines.

- 2 -

6. Defendants request an extension of five (5) days, or until July 18, 2014, to answer or otherwise respond to the Complaint.

7. A proposed Order granting this Motion is being submitted with the Motion.

WHEREFORE Defendants Encore Capital Group, Midland Funding, LLC, Love, Beal and Nixon, P.C.; Jenifer A. Gani; and Tracy Reed request an extension of five (5) days, until July 18, 2014, to answer or otherwise respond to the Complaint.

Respectfully submitted,

DOERNER, SAUNDERS, DANIEL & ANDERSON, L.L.P.

*/s/Jon E. Brightmire*
Jon E. Brightmire, OBA No. 11623
Two West Second Street, Suite 700
Tulsa, OK  74103-3117
(918) 582-1211 – *Telephone*
(918) 925-5258 – *Facsimile*
*jbrightmire@dsda.com*
*Attorneys for Midland Funding, LLC, Encore Capital Group, Love, Beal and Nixon, P.C.; Jenifer A. Gani; and Tracy Reed .*

- 3 -

## CERTIFICATE OF SERVICE

      I hereby certify that on July 14, 2014, I electronically transmitted the foregoing document to the Clerk of Court using the ECF System for filing, and I further certify that on July 14, 2014, I served the foregoing document on the following, who are not registered participants of the ECF System, by U.S. Mail, postage prepaid, to:

      Raymond Walker
      450282 E. 953rd Road
      Vian, Oklahoma 74962

                        */s/Jon E. Brightmire*

3118002v1